UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GRETCHEN D. HAND, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:20-cv-1648 |
| | ) |
| vs. | ) Circuit Court of the City of St. Louis, |
| | ) Missouri |
| ST. LOUIS COLLEGE OF PHARMACY, | ) Case No. 1922-CC12255 |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

COMES NOW Defendant, St. Louis College of Pharmacy ("STLCOP")[1], by and through its attorneys, Tueth Keeney Cooper Mohan & Jackstadt, P.C, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby removes the above-captioned case from the Twenty-Second Judicial Circuit Court for the City of St. Louis, Missouri (hereafter "Circuit Court of the City of St. Louis") to the United States District Court for the Eastern District of Missouri. In support of this removal, STLCOP states the following to the Court:

1. On December 16, 2019, Plaintiff Gretchen D. Hand, ("Plaintiff") filed a Petition ("Petition") in the Circuit Court of City of St. Louis, Case No. 1922-CC12255.

2. STLCOP was served with the Petition and Summons on October 30, 2020.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) as this Notice is being filed "within 30 days after receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief."

4. Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal is a copy of the original Circuit Court of the City of St. Louis court file, attached hereto as **Exhibit A**.

---

[1] St. Louis College of Pharmacy changed its name to the University of Health Sciences and Pharmacy in St. Louis but will be referred to as STLCOP throughout.

1

5. STLCOP has not filed an Answer or otherwise responded to Plaintiff's Petition in the Circuit Court of the City of St. Louis.

6. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this civil action. Plaintiff has filed a two-Count Petition asserting in Count I a claim of "Hostile Work Environment Discrimination in Violation of Title VII" and in Count II a claim of "Wrongful Termination in Violation of Title VII." Plaintiff's claims therefore arise under the laws of the United States, specifically under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*. *See* Petition, ¶¶ 3, 22, and 30.

7. Should the Court determine that any of Plaintiff's claims arise under the laws of the State of Missouri, this Court has supplemental jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1367(a).

8. Venue of this removal is proper under 28 U.S.C. §§ 1391(b) and 1441(a) because STLCOP resides in this judicial district, and because this judicial district is the judicial district and division corresponding to the place where the state court action was pending from which this case is being removed.

9. This action is not an action described in 28 U.S.C. §§ 1445(a) through (d).

10. Pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the City of St. Louis as Notice to Clerk of Filing Removal.

11. STLCOP, by this Notice, has satisfied all jurisdictional requirements for the removal of this action from the Circuit Court of the City of St. Louis to the United States District Court for the Eastern District of Missouri.

12.  Also filed with this Notice of Removal is the Civil Cover Sheet and the Original Filing Form.

WHEREFORE, Defendant STLCOP gives notice that the above-captioned action is hereby removed to the United States District Court for the Easter District of Missouri.

                                          Respectfully submitted,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: /s/ Ian P. Cooper
Ian P. Cooper, #32133MO
Kylie S. Piatt, #64163MO
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
icooper@tuethkeeney.com
kpiatt@tuethkeeney.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system and via electronic mail on this 23rd day of November 2020, upon the following:

Daniel F. Harvath
HARVATH LAW GROUP, LLC
75 W. Lockwood
Webster Groves, Missouri 63119
Tel: (314) 550-3717
dharvath@harvathlawgroup.com

*Attorneys for Plaintiff*

                                                /s/ Ian P. Cooper