# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **GRETCHEN HAND,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 20-CV-01648-JCH |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **ST. LOUIS COLLEGE OF PHARMACY,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Gretchen Hand, by and through counsel, -- and with the consent and agreement of Defendant – hereby voluntarily **DISMISSED** her claims against Defendant, *with prejudice,* with each party to bear their own costs.

Respectfully submitted,

**DANIEL F. HARVATH, ESQ.**

By: /s/ *Daniel F. Harvath*
Daniel F. Harvath, #57599MO
**HARVATH LAW GROUP, LLC**
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that the preceding document was served on all counsel of record automatically by way of the Court's electronic filing system.

/s/ *Daniel F. Harvath*              .